**Motion Granted; Order filed February 25, 2014, Withdrawn, Appeal Reinstated and Order filed March 18, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00677-CR
_____

**LEE MENG TAING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 68424**

## ORDER

On February 25, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why the appellant's brief had not been filed.

On March 11, 2014, appellant filed his brief. On March 12, 2014, appellant filed a motion to reinstate the appeal and accept his late-filed brief. The motion is

granted. Our order of February 25, 2014, is withdrawn. Appellant's brief is filed March 11, 2014. The State's brief is due April 10, 2014.

PER CURIAM